**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-1538**

─────────────

ROBERT HAYES,

Plaintiff - Appellant,

versus

RONALD S. POLOTSKY; MARYLAND GENERAL HOSPITAL,
INCORPORATED; LORIEN NURSING & REHABILITATION
CENTER,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-03-983-AMD)

─────────────

Submitted:  May 29, 2003            Decided:  June 3, 2003

─────────────

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert Hayes, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Hayes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Hayes v. Polotsky, No. CA-03-983-AMD (D. Md. filed Apr. 14, 2003; entered Apr. 15, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2